THE NORTHAMPTON NATIONAL BANK, Respondent, *v.* LUCIEN H.
NILES, Appellant.

(Argued March 8, 1888; decided March 23, 1888.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
November 30, 1883, which affirmed a judgment in favor of
plaintiff, entered upon a verdict taken subject to the opinion
of the court at General Term.

*William Hildreth Field* for appellant.

*William G. Peckham* for respondent.

Agree to affirm on authority of *Northampton Bank* v. *Kidder* ( 106 N. Y. 225).
All concur.
Judgment affirmed.